CHARLES W. ARMOUR, Individually and as Executor of and Trustee under the Will of ELLA J. C. ARMOUR, Deceased, Appellant, *v.* WILLIAM T. MINOR et al., Respondents, Impleaded with Others.

*Armour* v. *Minor*, 186 App. Div. 883, affirmed.

(Argued February 26, 1919; decided March 18, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 1, 1918, which affirmed an order of Special Term denying a motion by plaintiff for an order overruling a demurrer to the complaint and for judgment in his favor on the pleadings and granting a cross motion by defendants, respondents, for an order sustaining

their demurrer to the complaint and directing judgment dismissing the complaint. The action was in equity to obtain a construction of the will of Ella J. C. Armour, deceased. The court at Special Term held that " It is apparent from a reading of the will that the question between the parties merely relates to the administration of the estate. The will is clear and the rights of the parties easily ascertainable. I am therefore of the opinion there is no reason for this court entertaining this action; the questions involved can be passed upon by the probate court having jurisdiction."

*William H. Hamilton* and *Norman C. Conklin* for appellant.

*Thereon G. Strong* and *Charles Green Smith* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.